MELLE S. T. WERNER, Respondent, *v.* WILLIAM R. HEARST, Appellant.

Reported below, 76 App. Div. 375.
(Submitted February 9, 1903; decided February 17, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that there were no questions of law involved which could be considered by the Court of Appeals, that the exceptions were frivolous and the order granting leave to appeal was irregular.          °

*Roger M. Sherman* for motion.

No one opposed.

Motion denied on ground that the papers filed are insufficient.

---

In the Matter of the Estate of MARY KILLAN, Deceased.
MARY KILLAN, Appellant; MILES T. O'REILLY, Respondent.

(Submitted February 9, 1903; decided February 17, 1903.)

MOTION to amend remittitur.   (See 172 N. Y. 547.)

Motion granted so that remittitur shall read as follows: "Order reversed and proceedings remitted to the Surrogate's Court of Monroe county for further action, with costs in all the courts to appellant to abide the event, to be paid by the respondent personally, without costs.